# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT
_____

GAYLENE DAVIS, individually, on
behalf of the heirs and as personal
representative of the Estate of Jason Todd
Mace,

     Plaintiff - Appellee,

v.

MEDINA DORE; JASON MAHONEY;
ZACHARY MIGUEL,

     Defendants - Appellants,

and

PROVO CITY; CARTER GROW; CHET
WHATCOTT; R. DALE CHRISTENSEN,
M.D.; INTERMOUNTAIN HEALTH
CARE, INC., d/b/a Utah Valley Hospital;
DOES 1-10,

     Defendants.

No. 23-4128
(D.C. No. 2:22-CV-00629-DBB-DAO)

_____

## STIPULATION TO DISMISS
_____

Pursuant to discussions held under Tenth Circuit Rule 33.1, Federal Rule of

Appellate Procedure 42(b)(1), and the agreement of the parties, the undersigned hereby

stipulate that the above appeal be dismissed with prejudice.  Each party shall bear their

own costs on appeal.

WILLIAM S. HELFAND, Esq.
Attorney for Defendants – Appellants
Medina Dore, Jason Mahoney and Zachary
Miguel
Street Address:  6550 Millrock Dr. Suite 200, Salt Lake City, UT
84121
Telephone Number: (801) 251-7362
Email Address: bill.helfand@lewisbrisbois.com

s/ *Jonathan D. Hart*
JONATHAN D. HART, Esq.
Attorney for Plaintiff – Appellee
Gaylene Davis

Street Address:  631 N. 300 W., Salt Lake City, Utah 84103
Telephone Number:   (801) 434-1100
Email Address:        jonny@hartandhartlaw.com

2